## (September 29, 1936.)

EDWARD G. FISCHER, as Ancillary Administrator c. t. a. of the Estate of SARAH F. BARNES, Deceased, Appellant, v. GUARANTY TRUST COMPANY and ARTHUR B. LAWRENCE, as Temporary Administrators, etc., of MAX LIPPMAN, Deceased, and Others, Respondents.— On argument, order denying plaintiff's motion for the issuance of letters rogatory affirmed, without costs, and without prejudice to a motion for relief at Special Term. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of THOMAS M. LOGAN and THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executors, etc., of WILLIAM DELAVAN BALDWIN, Deceased, Respondents; DELAVAN M. BALDWIN, Individually and as General Guardian for DELAVAN MUNSON BALDWIN, JR., and BARBARA BULL BALDWIN, Infants, Appellants. — On argument, order of the Surrogate's Court of Westchester county directing the printing of exhibits modified by striking from the ordering paragraph the words " said appellants print at length in said record on appeal " and by inserting in place thereof the words " either party may submit on the argument of the appeal a typewritten copy of any of." As so modified, the order is affirmed, without costs. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

## THIRD DEPARTMENT, SEPTEMBER, 1936.

## (September 23, 1936.)

In the Matter of the Application of THE GENERAL FINANCE CORPORATION, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting The Public Service Commission, Head of the State Division of the Department of Public Service of the State of New York, and THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of PAUL HARTELT against EDGAR A. LEVY, Employer, and TRAVELERS INSURANCE COMPANY. STATE INDUSTRIAL BOARD.— Motion for leave to appeal to the Appellate Division as a poor person, without printed case, denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of FRANK W. KEEFE, Appellant, against LONG ISLAND STATE PARK COMMISSION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Appellate Division as a poor person granted. Hill, P. J., Crapser and Bliss, JJ., concur; Rhodes and McNamee, JJ., dissent on the ground that the papers do not show there is any merit in the appeal. (Moschilla v. Diquarto, 225 App. Div. 895.)

In the Matter of the Claim of Mrs. TILLIE SINGER, Appellant, against DENMAN & HERNES, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Appellate Division on the original filed papers and typewritten record granted. Hill, P. J., Rhodes and Bliss, JJ., concur; McNamee and Crapser, JJ., dissent on the ground that there is nothing in the record to indicate the referee committed an error of law.